AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Borman, Paul D. | U.S. District Court, EDMI | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Theodore Levin U.S. Courthouse
231 W. Lafayette, Rm. 740
Detroit, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Foundation |
| 2. | Co-Trustee | Trust (Assets on Pp. 6-7) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/11 | Thompson-West Publishing Company - Royalty | $2,127.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Ralph C. Wilson, Buffalo Bills Football Team | 2/4-2/6 | Dallas, TX | Super Bowl Festivities | Hotel room, Events |
| 2. | Ralph C. Wilson, Buffalo Bills Football Team | 4/28-4/29 | Buffalo, NY | NFL Draft | Hotel room, Meal, Plane Ride |
| 3. | Ralph C. Wilson, Buffalo Bills Football Team | 11/6 | Buffalo, NY | Football Game | Game Ticket, Meal, Plane Ride |
| 4. | Tampa Bay Federal Bar Association Seminar | 5/4-5/6 | Orlando, FL | Speaker, Sentencing Guideline Seminar | Plane Fare, Hotel Room, Meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PSaving/Checking Account Morgan/Chase | E | Interest | P2 | T | | | | | |
| 2. State of Israel Bonds | A | Interest | J | T | | | | | |
| 3. Bristol-Myers Squibb Co. | C | Dividend | L | T | | | | | |
| 4. Campbell Soup Company | B | Dividend | K | T | | | | | |
| 5. Estee Lauder | C | Dividend | M | T | | | | | |
| 6. H.J. Heinz Company | D | Dividend | M | T | | | | | |
| 7. Kellogg Company | D | Dividend | N | T | | | | | |
| 8. Kelly Services | | None | | | Buy | 09/15/11 | J | | |
| 9. Kelly Services | | None | | | Sold | 09/16/11 | J | A | |
| 10. Merck & Company, Inc. | C | Dividend | L | T | | | | | |
| 11. JP Morgan/Chase | E | Dividend | O | T | | | | | |
| 12. Proctor & Gamble Company (P&G) | E | Dividend | O | T | | | | | |
| 13. Pfizer | D | Dividend | M | T | | | | | |
| 14. 4% Int. [____] Apt. Ltd. Partner, Southgate, MI | A | Rent | K | W | | | | | |
| 15. 11% Int. [____] Apt. Ltd. Partner Farmington Hills, MI | F | Rent | N | W | | | | | |
| 16. Northwestern Mutual Life (Retirement Account | A | Interest | J | T | Redeemed (part) | 12/30/11 | J | | |
| 17. Teachers Insurance & Annuity Ass'n College Retirement Acct. | D | Interest | N | T | Redeemed (part) | 12/30/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA Cash Equivalent Chase/Morgan Bank | A | Interest | J | T | Redeemed (part) | 12/30/11 | J | | |
| 19. IRA Stock Proctor & Gamble | C | Dividend | M | T | Sold (part) | 11/17/11 | J | | |
| 20. IRA Stock Sally Beauty | | None | L | T | | | J | | |
| 21. (AXA) Equitable Life Ins. Company Retirement Account | B | Interest | K | T | Redeemed (part) | 12/30/11 | J | | |
| 22. PNC Bank | B | Interest | | | Redeemed | 02/10/11 | N | B | |
| 23. PNC Bank | B | Interest | N | | Buy | 02/10/11 | N | | |
| 24. U.S. Treasury Bills | B | Interest | | | Redeemed | 03/10/11 | P1 | B | |
| 25. U.S. Treasury Bills | | | | | Buy | 03/10/11 | P1 | | |
| 26. U.S. Treasury Bills | B | Interest | | | Redeemed | 06/09/11 | P1 | B | |
| 27. U.S. Treasury Bills | | | | | Buy | 06/09/11 | P1 | | |
| 28. U.S. Treasury Bills | B | Interest | | | Redeemed | 09/08/11 | P1 | A | |
| 29. U.S. Treasury Bills | | | | | Buy | 09/08/11 | P1 | | |
| 30. U.S. Treasury Bills | B | Interest | P1 | | Redeemed | 12/08/11 | P1 | A | |
| 31. U.S. Treasury Bills | | | P1 | | Buy | 12/08/11 | P1 | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  T R U S T | | | | | | | | | |
| 36.  Savings/Checking Account - Chase | D | Interest | P1 | T | | | | | |
| 37.  Abbott Lab | B | Dividend | K | T | | | | | |
| 38.  ALCOA | A | Dividend | K | T | | | | | |
| 39.  Allergan | A | Dividend | M | T | | | | | |
| 40.  Applied Materials | B | Dividend | K | T | | | | | |
| 41.  Campbell Soup Company | B | Dividend | L | T | | | | | |
| 42.  Caterpillar | B | Dividend | K | T | | | | | |
| 43.  Cisco | | None | K | T | | | | | |
| 44.  Coca Cola | B | Dividend | L | T | | | | | |
| 45.  Dentsply | A | Dividend | K | T | | | | | |
| 46.  General Electric | B | Dividend | L | T | | | | | |
| 47.  INTEL | B | Dividend | K | T | Buy (add'l) | 02/18/11 | K | | |
| 48.  Johnson & Johnson | B | Dividend | K | T | | | | | |
| 49.  Kellogg Company | C | Dividend | M | T | | | | | |
| 50.  Kimberly Clark | C | Dividend | L | T | | | | | |
| 51.  McCormick | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Medtronic | B | Dividend | K | T | Sold | 02/18/11 | K | D | |
| 53. Merck | B | Dividend | L | T | | | | | |
| 54. NESTLE | B | Dividend | L | T | | | | | |
| 55. Novartis | B | Dividend | L | T | | | | | |
| 56. Proctor & Gamble | B | Dividend | K | T | | | | | |
| 57. Qualcomm | B | Dividend | L | T | | | | | |
| 58. Schlumberger | A | Dividend | L | T | | | | | |
| 59. Stryker Corporation | A | Dividend | K | T | | | | | |
| 60. Thompson/Reuters | B | Dividend | K | T | | | | | |
| 61. Vodafone | B | Dividend | K | T | Buy | 02/18/11 | K | | |
| 62. 3 M | A | Dividend | K | T | Buy | 02/18/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I, Paul D. Borman, am one of a class of potential beneficiaries of the Trust. I have never received any distributions from this Trust. The Trust Assets are listed in category VII, pages 6-7.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Paul D. Borman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544